**FILED**
August 13, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-MJ-00245-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROBERT FAIRBANKS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT FAIRBANKS</u>, Case No. <u>2:13-MJ-00245-DAD</u>, Charge <u>Title 21 USC §§ 841(a)(1), 924(c)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>50,000 (secured by cash)</u>

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2013</u> at <u>2:33</u> pm.

By   *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge