BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:13-MJ-0245-DAD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING |
| | ) DATE |
| ROBERT FAIRBANKS, | ) |
| | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on August 13, 2013, this matter was set for a Preliminary Hearing on September 5, 2013. The Preliminary Hearing was subsequently continued until October 4, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until November 15, 2013, at 2:00 p.m.

///

3. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 3, 2013      /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: October 3, 2013      /s/ Peter Kmeto
                            PETER KMETO
                            Attorney for Robert Fairbanks
                            (as authorized on October 3, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  October 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE