PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ROBERT FAIRBANKS,<br><br>         Defendant | Case No. 2:13-mj-00245-DAD<br><br>ORDER EXONERATING BAIL |

The above-captioned matter came before the Court on December 17, 2013 at which time defendant's Appearance Bond was modified from a secured bond to an unsecured bond in the amount of $50,000.00.  IT IS THEREFORE ORDERED that previous secured bond in the amount of $50,000.00 be exonerated and that the $50,000.00 posted by Defendant be returned to him forthwith.

Dated: December 18, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PLEADING TITLE] - 1