```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT FAIRBANKS,<br><br>      Defendant. | 2:13-MJ-00245<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Carolyn K. Delaney |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on July 18, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 19, 2014, at 2:00 p.m.
3. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

///

Stipulation to Continue        1        United States v. Fairbanks

4. The United States is recommending that the defendant be placed on pretrial diversion. The parties need time to present information to Pretrial Services. Further, Pretrial Services needs time to consider the case and determine if the defendant is suitable for pretrial diversion.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from July 18, 2014, through and including September 19, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: July 17, 2014          /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: July 17, 2014          /s/ Peter Kmeto
                              PETER KMETO
                              Attorney for Robert Fairbanks
                              (as authorized on July 17, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE