IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-00245-DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DISMISSING CRIMINAL COMPLAINT** |
| ROBERT FAIRBANKS, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On August 29, 2015, the United States filed a Motion to Dismiss the pending criminal complaint in the above-captioned matter. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the above-captioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1